# United States Court of Appeals for the Federal Circuit

June 7, 2012

**ERRATA**

Appeal No. 2010-1341

**NEIL MINTZ and
JIF-PAK MANUFACTURING, INC.,**
*Plaintiffs-Appellants,*

AND

**MARCUS MINTZ,**
*Plaintiff,*

v.

**DIETZ & WATSON, INC. and
PACKAGE CONCEPTS & MATERIALS, INC.,**
*Defendants-Appellees,*

Decided: May 30, 2012
Precedential Opinion

Please make the following change:

Page 7, line 4, change "U.S. Patent No. 9,001,395" to –
"Dutch Patent No. 9,001,395" –.